**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kayla Cooper, Matthew C. Felker, Donna Felker, and William Felker, Defendants,

Of whom Kayla Cooper is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2025-000539

―――――――――――

Appeal From Newberry County
Usha J. Bridges, Family Court Judge

―――――――――――

Unpublished Opinion No. 2025-UP-401
Submitted December 3, 2025 – Filed December 4, 2025

―――――――――――

**AFFIRMED**

―――――――――――

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Ashley P. Case, of Fountain Inn, for Respondent.

David E. Simpson, of David Simpson, Attorney and Counselor at Law, of Rock Hill, for the Guardian ad Litem.

———————

**PER CURIAM:** Kayla Cooper appeals the family court's order granting custody of her minor child to Donna and William Felker. *See* S.C. Code Ann. § 63-7-1660 (2010 & Supp. 2025). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cooper's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.